732

tioner. *Solicitor General Fahy* and *Assistant Attorney General Tom C. Clark* for the United States.

No. 317. ROCKEFELLER *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis Laval Hamby* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Helen Carloss* for respondent.

No. 318. CHICAGO & EASTERN ILLINOIS RAILROAD Co. *v.* WADDELL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward W. Rawlins* for petitioner. *Mr. Royal W. Irwin* for respondent.

No. 320. TRUSTEES OF THE INTERNAL IMPROVEMENT FUND ET AL. *v.* SOUTHWEST TAMPA STORM SEWER DRAINAGE DISTRICT ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. Tom Watson,* Attorney General of Florida, *Woodrow M. Melvin, Lamar Warren,* and *Fred M. Burns,* Assistant Attorneys General, for petitioners. *Mr. W. F. Himes* for Southwest Tampa Storm Sewer Drainage District, and *Solicitor General Fahy* and *Messrs. John D. Goodloe, J. Bowers Campbell,* and *T. M. Shackleford, Jr.* for the Reconstruction Finance Corporation, respondents.

No. 323. FAIRCHESTER OIL Co., INC. *v.* FIRST NATIONAL BANK OF NEW ROCHELLE. October 9, 1944. Petition for